■ YOLANDA D. DE E. GONZALEZ v. INDUSTRIAL BANK (OF CUBA) et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached, and on the further condition that the appellants post additional security in the amount of $15,000. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.